# United States Bankruptcy Court

**Eastern** District Of **Wisconsin**

In re **Renaissant Lafayette, LLC** ,
Debtor

Case No. **09-38166-pp**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $60,000,000 | | |
| B - Personal Property | Yes | 4 | $1,253,824 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $102,793,691 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $1,619,419 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $7,484,658 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| **TOTAL** | | 25 | $61,253,824 | $111,897,768 | |

B6A (Official Form 6A) (12/07)

In re ___Renaissant Lafayette, LLC___ ,
          **Debtor**

Case No. ___09-38166-pp___
         **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Park Lafayette<br>2000-2038 North Prospect Avenue and 1900-1918 East Lafayette Place<br>Milwaukee, WI 53202 | Fee Simple | | $60,000,000 | $102,793,691 |
| | | Total➤ | $60,000,000 | |
| | | | (Report also on Summary of Schedules.) | |

In re _____ Renaissant Lafayette, LLC _____,        Case No. ___ 09-38166-pp ___
                **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Accounts<br>See attached schedule | | $19,204 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit<br>See attached schedule | | $20,000 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re ___Renaissant Lafayette, LLC___,          Case No. ___09-38166-pp___
          **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

In re _____ Renaissant Lafayette, LLC _____ ,     Case No. _____ 09-38166-pp _____
                        **Debtor**                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment See attached schedule | | $5,000 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Customer Earnest Money Deposits See attached schedule | | $1,209,620 |

_____1_____ continuation sheets attached     Total► | $1,253,824 |

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

## SCHEDULE B –PERSONAL PROPERTY
(Continuation Sheet)

2. Checking, savings or other financial
accounts, certificates of deposit
or shares in banks, savings and loan,
thrift, building and loan, and homestead
associations, or credit unions,
brokerage houses, or cooperatives.

| Account Type | Institution | Balance |
|---|---|---|
| General Operating/Checking | The Bank of Commerce 171 East Irving Park Road Wood Dale, IL 60191 | $ 1,466 |
| Construction Escrow | Chicago Title & Trust of WI 20900 Swenson Drive, Ste. 900 Waukesha, WI 53186 | $17,739 |

3. Security deposits with public utilities,
telephone companies, landlords,
and others.

| Deposit Type | Holder | Amount |
|---|---|---|
| Security Deposit | Lighthouse Development 2140 N. Prospect Ave. Milwaukee, WI 53202 | $20,000 |

28. Office equipment, furnishings,
and supplies.

| Type | Location | Value |
|---|---|---|
| General Office Equipment | 1918 East Lafayette Place Milwaukee, Wisconsin 53202 | $ 5,000 |

35. Other personal property of any kind
not already listed. Itemize.

| Type | Institution | Aggregate Deposits |
|---|---|---|
| Deposit Escrow containing segregated Earnest Money Deposits | JPMorgan Chase, N.A. 10420 Highland Manor Dr. 2nd Floor FL3-2213 Tampa, FL 33610-9128  Primary Account Number 817023575 | $1,209,620 |

{32071: 015: 00513486.DOC : }

In re _____ Renaissant Lafayette, LLC _____ ,    Case No. _____ 09-38166-pp _____
_____**Debtor**_____                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $136,875.
☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

B6D (Official Form 6D) (12/07)

In re ___Renaissant Lafayette, LLC___,  Case No. ___09-38166-pp___
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　**(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　　List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐　　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Amalgamated Bank, as Trustee of Longview Ultra Construction Loan Investment Fund 1825 K. Street NW Washington, DC 20006 | | | Construction Loan Mortgage, etc. dated as of April 20, 2006 on the Park Lafayette project and property <br><br> VALUE  Undertmined | | X | X | $102,793,691 | Undetermined |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

___0___ continuation sheets
　　　　attached

| | | |
|---|---|---|
| Subtotal ▶ (Total of this page) | $ 102,793,691 | $ 0.00 |
| Total ▶ (Use only on last page) | $ 102,793,691 | $ 0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re _____Renaissant Lafayette, LLC_____ ,     Case No._____09-38166-pp_____
           **Debtor**                                           **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re _____Renaissant Lafayette, LLC_____ ,    Case No._____09-38166-pp_____
                    **Debtor**                                        **(if known)**


☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_____1_____ continuation sheets attached

In re ___Renaissant Lafayette, LLC___,          Case No. _____09-38166-pp_____
           **Debtor**                                       **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 356-0243-110-8 <br><br> Wayne F. Whittow <br> City Treasurer <br> Box 78776 <br> Milwaukee, WI 53278-0776 | | | 2009 Property Taxes | | | | 1,619,419 | 1,619,419 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals▶ <br> (Totals of this page) | $1,619,419 | $1,619,419 | |
|---|---|---|---|---|
| | Total▶ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $1,619,419 | | |
| | Totals▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $1,619,419 | $ |

In re    __Renaissant Lafayette, LLC__          Case No. ___09-38166-pp___
      Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. American TV & Appliance of Madison W229 N1400 Westwood Drive Waukesha, WI 53187 | | | Vendor | | | | $376,015 |
| ACCOUNT NO. Classified Ventures, LLC d/b/a Apartments.com 2563 Collection Center Drive Chicago, IL 60693 | | | Vendor | | | | $1,454 |
| ACCOUNT NO. Buckley, Lynn 7051 Horizon Drive Greendale, WI 53129 | | | Vendor | | | | $1,095 |
| ACCOUNT NO. Chicago Title Insurance Company of Wisconsin 20900 Swenson Drive, #900 Waukesha, WI 53187 | | | Vendor | | | | $300 |

__11__ continuation sheets attached

Subtotal ▶    $378,864

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

### SCHEDULE F– CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Coffee Unlimited <br> 1408 S. Clinton Ave. <br> Chicago, IL 60607 | | | Vendor | | | | $86 |
| ACCOUNT NO. <br> Davis & Hosfield Consulting, LLC <br> 20 N. Wacker Drive, #2150 <br> Chicago, IL 60606 | | | Vendor | | | | $37,075 |
| ACCOUNT NO. <br> FastSigns <br> 5318 N. Port Washington Road <br> Milwaukee, WI 53217 | | | Vendor | | | | $105 |
| ACCOUNT NO. <br> FedEx Kinko's <br> PO Box 262682 <br> Plano, TX 75026 | | | Vendor | | | | $80 |
| ACCOUNT NO. | | | Vendor | | | | |

Sheet no. _2_ of _11_ continuation sheets attached to   Schedule of Creditors Holding   Unsecured   Nonpriority Claims

Subtotal ▶    $37,346

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

## SCHEDULE F– CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Firestar Interactive Inc.<br>211 E. Ontario, #700<br>Chicago, IL 60611 | | | Vendor | | | | $4,413 |
| ACCOUNT NO.<br>For Rent Magazine<br>75 Remittance Drive, #1705<br>Chicago, IL 60675-1705 | | | Vendor | | | | $1,076 |
| ACCOUNT NO.<br>Friebert Finnerty & St. John S.C.<br>Two Plaza East<br>330 E. Kilbourn Ave., #1250<br>Milwaukee, WI 53202 | | | Vendor | | | | $241,095 |
| ACCOUNT NO.<br>Gordon & Rappold, LLC<br>20 S. Clark Street, #2600<br>Chicago, IL 60603 | | | Vendor | | | | $2,181 |
| ACCOUNT NO.<br>LaHaye, David William<br>d/b/a LaHaye Photography LLC<br>2967 N. 70th Street<br>Milwaukee, WI 53210 | | | Vendor | | | | $400 |
| ACCOUNT NO.<br>Pappageorge/Haymes, Ltd.<br>640 N. LaSalle Street, #400<br>Chicago, IL 60654 | | | Vendor | | | X | $27,165 |

Sheet no. 3 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $276,330

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

## SCHEDULE F– CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>City of Milwaukee - Water Dept.<br>PO Box 3268<br>Milwaukee, WI 53201 | | | Utility | | | | $5,685 |
| ACCOUNT NO.<br>Peretz, Jenny<br>1620 Manitowoc Ave.<br>So. Milwaukee, WI 53172-2910 | | | Vendor | | | | $450 |
| ACCOUNT NO.<br>Rohlfing & Oberholtzer<br>211 W. Wacker Drive, #1200<br>Chicago, IL 60606 | | | Vendor | | | | $20,212 |
| ACCOUNT NO.<br>Siegel-Gallagher Construction Co.<br>700 N. Water Street, #400<br>Milwaukee, WI 53202 | | | Vendor | | | | $46,287 |
| ACCOUNT NO.<br>Zeppos & Associates, Inc.<br>400 E. Mason Street, #200<br>Milwaukee, WI 53202 | | | Vendor | | | | $2,284 |
| ACCOUNT NO.<br>Action Fire & Alarm, Inc.<br>PO Box 1291<br>Waukesha, WI 53187 | | | Vendor | | | | $526 |
| ACCOUNT NO.<br>Batzner Pest Management, Inc.<br>16948 W. Victor Road<br>New Berlin, WI 53151 | | | Vendor | | | | $140 |

Sheet no. 4 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $75,584

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re   <u>Renaissant Lafayette, LLC</u>                          Case No.   <u>09-38166-pp</u>
        Debtor

## SCHEDULE F– CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dash Enterprises, Inc. d/b/a BBC Lighting & Supply 2015 W. St. Paul Avenue Milwaukee, WI 53233 | | | Vendor | | | | $397 |
| ACCOUNT NO. Connexion Technologies 111 Corning Road, #250 Cary, NC 27518 | | | Vendor | | | | $3,293 |
| ACCOUNT NO. David J. Frank Landscape Contracting PO Box 88972 Milwaukee, WI 53288 | | | Vendor | | | | $64,657 |
| ACCOUNT NO. Engineered Security Solutions, Inc. PO Box 710 Brookfield, WI 53008 | | | Vendor | | | | $5,808 |
| ACCOUNT NO. W.W. Grainger, Inc. 202 N. Jackson Street Milwaukee, WI 53202 | | | Vendor | | | | $1,264 |
| ACCOUNT NO. Graybar Electric Company, Inc. 12431 Collection Center Drive Chicago,IL 60693-2431 | | | Vendor | | | | $174 |

Sheet no. <u>5</u> of <u>11</u> continuation sheets attached to  Schedule  of Creditors Holding  Unsecured  Nonpriority Claims

Subtotal ▶ | $75,593

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re    Renaissant Lafayette, LLC                    Case No.    09-38166-pp
         Debtor

## SCHEDULE F– CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nassco, Inc.<br>5365 S. Moorland Road<br>New Berlin, WI 53151 | | | Vendor | | | | $261 |
| ACCOUNT NO.<br>Otis Elevator Company<br>6070 N. Flint Road<br>Milwaukee, WI 53209 | | | Vendor | | | | $75,688 |
| ACCOUNT NO.<br>Packerland Rent-a-Mat, Inc.<br>PO Box 233<br>12580 W. Rohr Ave.<br>Butler,   WI 53007 | | | Vendor | | | | $263 |
| ACCOUNT NO.<br>Paul Davis Restoration of S.E.<br>Wisconsin, Inc.<br>2000 S. 4th Street<br>Milwaukee, WI 53204 | | | Vendor | | | | $846 |
| ACCOUNT NO.<br>Primecast<br>3800 Park Central Blvd.<br>N. Pompano Beach, FL 33064 | | | Vendor | | | | $2,298 |

Sheet no. 6 of 11 continuation sheets attached to   Schedule of Creditors Holding   Unsecured   Nonpriority Claims

Subtotal▶ | $79,356

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __Renaissant Lafayette, LLC__                    Case No. __09-38166-pp__
              Debtor

## SCHEDULE F– CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pro-Bell Enterprises, Ltd.<br>765 Westney Road South<br>Ajax, Ontario CANADA L1S 6W1 | | | Vendor | | | | $1,000 |
| ACCOUNT NO.<br>Securitas Security Services USA<br>6737 W. Washington Street<br>West Allis, WI 53214 | | | Vendor | | | | $95,840 |
| ACCOUNT NO.<br>ShurClean, LLC<br>3537 South Lane<br>Franksville, WI 53126 | | | Vendor | | | | $7,142 |
| ACCOUNT NO.<br>Siegel-Gallagher Management Co.<br>700 N. Water Street, #400<br>Milwaukee, WI 53202 | | | Vendor | | | | $137,386 |
| ACCOUNT NO.<br>Travelers<br>C&L Specialty Remittance Center<br>Hartford, CT 06183-1008 | | | Vendor | | | | $31,092 |
| ACCOUNT NO.<br>Veolia ES Solid Waste Midwest<br>W144 S6350 College Court<br>Muskego, WI 53150 | | | Vendor | | | | $2,663 |
| ACCOUNT NO.<br>Ferguson Enterprises Inc.<br>2030 S. 116th Street<br>West Allis, WI 53227 | | | Vendor | | | | $31,121 |

Sheet no. _7_ of _11_ continuation sheets
attached to Schedule of Creditors
Holding Unsecured Nonpriority
Claims

Subtotal ► | $306,244

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

S

In re    Renaissant Lafayette, LLC          Case No.    09-38166-pp
            Debtor

## SCHEDULE F– CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Graef-USA, Inc. 125 S. 84th Street, #401 Milwaukee, WI 53214 | | | Vendor | | | | $33,531 |
| ACCOUNT NO.  Hunzinger Construction Company 21100 Enterprise Ave. Brookfield, WI 53045 | | | Vendor | | | X | $2,800,957 |
| ACCOUNT NO.  Kinateder Masonry Inc. 2307 Badger Drive Waukesha, WI 53188 | | | Vendor | | | | $163,231 |
| ACCOUNT NO.  Lagina Plumbing Inc. 3618 W. Pierce Street Milwaukee, WI 53215 | | | Vendor | | | | $95,145 |
| ACCOUNT NO.  Langer Roofing & Sheet Metal, Inc. 345 S. Curtis Road Milwaukee, WI 53214 | | | Vendor | | | | $59,125 |
| ACCOUNT NO.  Lippert Tile Co., Inc. N89 W14260 Patrita Drive Menomonee Falls, WI 53051 | | | Vendor | | | | $391,919 |

Sheet no. 8 of 11 continuation sheets attached to    Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $3,543,908

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   <u>Renaissant Lafayette, LLC</u>          Case No.   <u>09-38166-pp</u>
        Debtor

## SCHEDULE F– CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Metro Welding & Fabrication, Inc. <br> W224 S8580 Industrial Ave. <br> Big Bend, WI 53130 | | | Vendor | | | | $72,485 |
| ACCOUNT NO. <br> Total Mechanical Inc. <br> W234 N2830 Paul Road <br> Pewaukee, WI 53072 | | | Vendor | | | | $315,097 |
| ACCOUNT NO. <br> United Plumbing & Heating Supply Company <br> PO Box 250850 <br> Milwaukee, WI 53225 | | | Vendor | | | | $10,270 |
| ACCOUNT NO. <br> Waukesha Air & Vapor Barrier, Inc. <br> 2307 Badger Drive <br> Waukesha, WI 53188 | | | Vendor | | | | $8,749 |
| ACCOUNT NO. <br> Wellenstein & Sons, Inc. <br> 227 Sussex Street <br> Pewaukee, WI 53072 | | | Vendor | | | | $219,299 |
| ACCOUNT NO. <br> Roman Electric Co., Inc <br> 640 S. 70th St. <br> Milwaukee, WI 53211 | | | Vendor | | | | $340,091 |

Sheet no. <u>9</u> of <u>11</u> continuation sheets attached to    Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $965,991

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re   **Renaissant Lafayette, LLC**          Case No.   **09-38166-pp**
        Debtor

## SCHEDULE F– CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sids Sealants, LLC<br>1104 Niesen Road<br>Port Washington, WI 53074 | | | Vendor | | | | $102,564 |
| ACCOUNT NO.<br>American Millwork & Hardware<br>4505 W. Woolworth Ave.<br>Milwaukee, WI 53218 | | | Vendor | | | | 75,488 |
| ACCOUNT NO.<br>Schneider Excavating Inc.<br>20079 W. Main St.<br>Lannon, WI 53046 | | | Vendor | | | | $73,640 |
| ACCOUNT NO.<br>First Insurance Funding Corp.<br>450 Skokie Blvd., Ste. 1000<br>PO Box 3306<br>Northbrook, IL 60065-3306 | | | Vendor | | | | $49,428 |
| ACCOUNT NO.<br>Milwaukee Plate Glass Co.<br>11233 W. Greenfield Ave.<br>West Allis, WI 53214 | | | Vendor | | | | $370,741 |
| ACCOUNT NO.<br>Hess Sweitzer, Inc.<br>2805 So. 160th Street<br>New Berlin, WI 53151 | | | Vendor | | | | $102,493 |

Sheet no. 10 of 11 continuation sheets attached to    Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $774,354

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re   __Renaissant Lafayette, LLC__          Case No.   __09-38166-pp__
        Debtor

## SCHEDULE F– CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Wall-Tech 7025 Raywood Road Madison, WI 53713 | | | Vendor | | | | $757,908 |
| ACCOUNT NO. | | | | | | | |
| M.A.P. Enterprises Corp. 788 N. Jefferson St., Suite 900 Milwaukee, WI 53202 | | | Vendor | | | | $99,761 |
| ACCOUNT NO. | | | | | | | |
| FieldStone Glass, Inc. N56 W39325 Wisconsin Ave. Oconomowoc, WI 53066 | | | Vendor | | | | $37,809 |
| ACCOUNT NO. | | | | | | | |
| United States Fire Protection 2936 S. 166th Street New Berlin, WI 53151 | | | Vendor | | | | $36,753 |
| ACCOUNT NO. | | | | | | | |
| WE Energies PO Box 2089 Milwaukee, WI 53201 | | | Utility | | | | $31,493 |
| ACCOUNT NO. | | | | | | | |
| CWS Source, Inc. 12600 Robin Lane Brookfield, WI 53005 | | | Vendor | | | | $7,364 |
| ACCOUNT NO. | | | | | | | |
| | | | Vendor | | | | |

Sheet no. __11__ of __11__ continuation sheets
attached to    Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal▶  $971,088

Total ▶  **$7,484,658**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re _____Renaissant Lafayette, LLC_____ ,          Case No._____09-38166-pp_____
                    **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| My Dwelling, LLC<br>316 N. Milwaukee St., Suite 100<br>Milwaukee, WI 53202 | Broker - Unit Rentals |
| Seigal-Gallagher Management Co.<br>700 N. Water Street, #400<br>Milwaukee, WI 53202 | Broker - Unit Rentals<br>Condo Association Management |
| Otis Elevator<br>6070 N. Flint Road<br>Milwaukee, WI 53209 | Service Contract - Elevators |
| Mahler Clean<br>600 N. Broadway<br>Milwaukee, WI 53202 | Janitorial Service Contract |
| David J. Frank Landscaping Contracting, Inc<br>PO Box 88972<br>Milwaukee, WI 53288 | Landscaping Contract |
| See Attached Continuation Sheets | |

B6G (Official Form 6G) (12/07)

In re    Renaissant Lafayette, LLC                    Case No. 09-38166-pp

## SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Central 1 Security<br>12585 W Custer Ave<br>Butler, WI 53007 | Alarm monitoring |
| Pro-Bell USA, Inc.<br>c/o Pro-Bell Enterprises<br>765 Westney Road South<br>Ajax, Ontario, Canada.<br>L1S 6W1 | Inspection for window<br>washing system anchors |
| Securitas Security Services USA, Inc.<br>6737 W. Washington Street<br>West Allis, WI 53214 | Lobby Security |
| Winter Services, Inc.<br>6663 N, 40th St.<br>Milwaukee WI 53209 | Snow Removal |
| Veolia ES Solid Waste Midwest, LLC<br>W144 S6350 College Court<br>Muskego, WI 53150 | Waste Removal and Recycling |

Sheet no. 1 of 1 continuation sheets
Attached to Schedule G – Executory Contracts and Unexpired Leases

In re _____Renaissant Lafayette, LLC_____ ,          Case No. _____09-38166-pp_____
               **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re __Renaissant Laffayette, LLC__ ,                    Case No. __09-38166-pp__
                     **Debtor**                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                    **Debtor**

Date _____          Signature: _____
                                                            (Joint Debtor, if any)

                                              [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __CFO of the Manager__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Limited Liability Corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date __01/25/2010__                    Signature: _____
                                                         James Carroll, Renaissant Management Group, Inc.
                                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.