UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re RENAISSANT LAFAYETTE LLC,     Chapter 11

                   Debtor.     Case No. 09-38166-PP

---

**NOTICE OF AMENDMENT TO ASSET PURCHASE AGREEMENT**

---

**PLEASE TAKE NOTICE** that on October 1, 2010, Renaissant Lafayette LLC (the "Debtor") filed its Motion for Entry of (A) An Order (I) Approving the Sale of Substantially All of Debtor's Assets Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§ 105(A) and 363, (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365 and (III) Granting Related Relief; and (B) An Order Establishing Sale Procedures; (II) Approving Form of Asset Purchase Agreement; (III) Scheduling a Sale Hearing in Connection with the Sale of the Debtor's Assets Pursuant to 11 U.S.C. §§105(A), 363 and 365; (IV) Setting Certain Dates and Deadline in Connection Therewith; and (V) Granting Related Relief (the "Motion"), including the APA (as defined in the Motion) as Exhibit A to the Motion.

**PLEASE TAKE FURTHER NOTICE** that on October 22, 2010, the Debtor filed with the Court the schedules and exhibits to the APA.

**PLEASE TAKE FURTHER NOTICE** that on November 24, 2010, the Debtor and the Bank executed an amendment to the APA, a copy of which is attached hereto as **Exhibit A**. The amendment (i) clarifies that the definition of "Purchased Assets" includes those rights under the Declaration (as defined in the APA) which the seller is obligated to assign to the buyer, (ii)

REINHART\5266747BMH:BMH 11/18/10

Case 09-38166-pp    Doc 216    Filed 11/24/10    Page 1 of 2

changes certain dates; and (iii) updates Schedule 1.6 to the APA entitled "Postpetition Real Property Leases." The parties to the APA intend to further amend Schedule 1.6 prior to closing to reflect any postpetition leases not yet included in Schedule 1.6.

Dated: November 24, 2010

Respectfully submitted,

**RENAISSANT LAFAYETTE LLC**

By: /s/ Forrest B. Lammiman
      One of Its Attorneys

Forrest B. Lammiman (State Bar No. 1001512)
David L. Kane
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)
flammiman@mpslaw.com