# EXHIBIT A

## Amendment to Asset Purchase Agreement

# AMENDMENT TO ASSET PURCHASE AGREEMENT

This Amendment to the Asset Purchase Agreement (the "Amendment") dated November __ is made by and between RENAISSANT LAFAYETTE LLC, a Wisconsin limited liability company, as debtor and debtor-in-possession (the "Seller," or the "Debtor") and AMALGAMATED BANK, a bank organized under the laws of the State of New York, as Trustee of Longview Ultra Construction Loan Investment Fund f/k/a Longview Ultra I Construction Loan Investment Fund, a collective trust fund organized under the laws of the State of New York (the "Buyer," or the "Bank").

## RECITALS

A. The parties hereto entered into that certain Asset Purchase Agreement ("APA"), dated October 1, 2010.

B. The parties hereto have agreed to amend the APA to clarify certain of its terms.

NOW THEREFORE, Seller and Buyer have agreed as follows:

1. <u>Definitions and References</u>. Capitalized terms not otherwise defined herein shall have the meanings assigned to them in the APA.

2. <u>Amendments</u>.

   a. The definition of Purchased Assets is hereby amended to include the following new subsection (s):

"(s) All rights of the Seller as declarant or developer assigned to Buyer pursuant to the Assignment of Declarant Rights."

   b. Section 2.3 is amended to read as follows:

"The Closing shall occur within three Business Days following the satisfaction or waiver of the conditions to Closing set forth in Article VI (or on such other date or at such other time and place as the parties shall agree in writing); provided, however, that the Closing shall occur no later than 14 days after the date on which the Sale Order becomes a Final Order (the "Closing Date"). The Closing shall take place at the offices of Reinhart Boerner Van Deuren s.c. in Milwaukee, Wisconsin or at such other location as agreed to by the parties."

   c. Section 7.1(b)(i) is amended to read as follows:

"(i) if the Bankruptcy Court has not entered the Sale Order and such Sale Order does not become a Final Order by January 14, 2011, or the Sale Order is entered by such date but (A) is stayed by order of the Bankruptcy Court or of some other federal district or appeals court (and such stay is not terminated by January 14, 2011) or (B) ceases to be effective and is not reinstated on or before February 14, 2011;"

REINHART\5270851_3BMH:BMH 11/22/10

Case 09-38166-pp    Doc 216-1    Filed 11/24/10    Page 2 of 11

d. Section 7.1(b)(iii) is amended to read as follows:

"(iii) if the Closing does not occur within 14 days of the date on which the Sale Order becomes a Final Order, unless the failure to consummate the Closing is due to the failure of the Buyer to perform any of its obligations under this Agreement to the extent required to be performed by the Buyer on or prior to the Closing Date;"

e. Schedule 1.6 is hereby amended as reflected in **Exhibit A** hereof.

3. <u>No Other Amendment</u>. Except as amended hereby, the provisions of the APA shall remain in full force and effect.

4. <u>Miscellaneous</u>.

a. <u>Governing Law</u>. This Amendment shall be governed by, and shall be construed in accordance with, the laws of the State of Wisconsin (irrespective of such state's choice of laws rules).

b. <u>Execution in Counterparts</u>. This Amendment may be executed in several counterparts, each of which shall be an original and all of which shall constitute but one and the same instrument.

*[Remainder intentionally left blank]*

IN WITNESS WHEREOF, the parties have executed this Asset Purchase Agreement as of the date set forth above.

**AMALGAMATED BANK,** as Trustee of Longview Ultra Construction Loan Investment Fund f/k/a Longview Ultra I Construction Loan Investment Fund

By: _____
Name: JAMES FREEL
Title: SENIOR VICE PRESIDENT

**RENAISSANT LAFAYETTE LLC,** as Debtor and Debtor-in-Possession

By: _____
Name: Warren Barr
Title: President

REINHART\5270851_3BMH:BMH 11/22/10

Exhibit A

Amended Schedule 1.6

Schedule 1.6

Postpetition Real Property Leases

| Lessee | Term | Unit Number | Monthly Rent |
|---|---|---|---|
| Redacted | 3/27/10 – 4/30/11 | North 301 | $1,300 |
| Redacted | 3./1/10 – 3/31/11 | North 302 | $1,250 |
| Redacted | 5/15/10 – 6/14/11 | North 304 | $1,850 |
| Redacted | 5/1/10 – 5/31/11 | North 305 | $1,325 |
| Redacted | 4/1/10 – 3/31/11 | North 307 | $1,825 |
| Redacted | 6/1/10 – 5/31/11 | North 401 | $1,320 |
| Redacted | 5/1/10 – 5/31/11 | North 402 | $1,350 |
| Redacted | 7/1/10 – 7/30/11 | North 403 | $1,850 |
| Redacted | 3/1/10 – 2/28/11 | North 405 | $1,350 |
| Redacted | 4/1/10 – 6/30/11 | North 406 | $1,575 |
| Redacted | 3/1/10 – 2/28/11 | North 407 | $1,850 |
| Redacted | 3/1/10 – 3/31/11 | North 501 | $1,340 |
| Redacted | 4/1/10 – 4/30/11 | North 502 | $1,290 |
| Redacted | 6/1/10 – 6/30/11 | North 504 | $1,825 |
| Redacted | 4/1/10 – 4/30/11 | North 505 | $1,370 |
| Redacted | 4/1/10 – 4/31/11 | North 506 | $1,525 |
| Redacted | 3/1/10 – 8/31/11 | North 507 | $1,875 |

| Lessee | Term | Unit Number | Monthly Rent |
|---|---|---|---|
| Redacted | 3/1/10 – 3/31/11 | North 601 | $1,360 |
| Redacted | 4/1/10 – 4/30/11 | North 602 | $1,310 |
| Redacted | 5/1/10 – 4/30/12 | North 605 | $1,400 |
| Redacted | 6/1/10 – 6/30/11 | North 607 | $2,010 |
| Redacted | 2/1/10 – 2/28/11 | North 701 | $1,380 |
| Redacted | 9/1/10 – 8/31/11 | North 702 | $1,402 |
| Redacted | 4/1/10 – 3/31/11 | North 705 | $1,425 |
| Redacted | 3/1/10 – 3/31/11 | North 706 | $1,650 |
| Redacted | 2/1/10 – 7/31/11 | North 707 | $1,900 |
| Redacted | 4/1/10 – 5/31/11 | North 801 | $1,400 |
| Redacted | 4/15/10 – 5/14/11 | North 802 | $1,350 |
| Redacted | 2/1/10 – 2/28/11 | North 805 | $1,385 |
| Redacted | 2/1/10 – 2/28/11 | North 806 | $1,575 |
| Redacted | 3/1/10 – 3/31/11 | North 807 | $1,950 |
| Redacted | 3/31/10 – 3/31/11 | North 901 | $1,420 |
| Redacted | 5/1/10 – 5/31/11 | North 902 | $1,370 |
| Redacted | 8/1/10 – 7/31/11 | North 904 | $1,925 |
| Redacted | 7/1/10 – 7/30/12 | North 906 | $1,700 |
| Redacted | 9/1/10 – 9/30/11 | North 908 | $2,650 |
| Redacted | 4/1/10 – 9/30/10 | North 1001 | $1,440 |
| Redacted | 7/1/10 – 7/30/11 | North 1002 | $1,390 |
| Redacted | 1/1/10 – 12/31/11 | North 1005 | $1,450 |

| Lessee | Term | Unit Number | Monthly Rent |
|---|---|---|---|
| Redacted | 4/30/10 – 4/30/11 | North 1006 | $1,725 |
| Redacted | 6/1/10 – 6/30/11 | North 1007 | $2,000 |
| Redacted | 8/1/10 – 8/31/11 | North 1008 | $2,650 |
| Redacted | 6/1/10 – 5/31/12 | North 1101 | $1,460 |
| Redacted | 5/1/10 – 5/31/11 | North 1102 | $1,390 |
| Redacted | 5/1/10 – 5/31/11 | North 1106 | $1,750 |
| Redacted | 2/1/10 – 1/31/12 | North 1105/1107 | $3,200 |
| Redacted | 6/1/10 – 6/30/11 | North 1108 | $2,700 |
| Redacted | 5/1/10 – 5/31/11 | North 1201 | $1,480 |
| Redacted | 2/1/10 – 2/28/11 | North 1202 | $1,275 |
| Redacted | 3/1/10 – 2/28/12 | North 1205 | $1,500 |
| Redacted | 3/31/10 – 4/30/11 | North 1207 | $1,925 |
| Redacted | 10/1/10 – 10/31/11 | North 1208 | $2,725 |
| Redacted | 6/1/10 – 6/30/11 | North 1302 | $1,450 |
| Redacted | 9/1/10 – 8/31/11 | North 1305 | $2,150 |
| Redacted | 3/1/10 – 2/28/11 | North 1306 | $1,585 |
| Redacted | 7/1/10 – 6/30/11 | North 1402 | $1,470 |
| Redacted | 7/1/10 – 7/30/11 | North 1403 | $2,025 |
| Redacted | 5/1/10 – 4/30/11 | North 1404 | $2,050 |
| Redacted | 7/1/10 – 6/30/11 | North 1406 | $1,650 |
| Redacted | 7/1/10 – 7/30/11 | North 1502 | $1,490 |
| Redacted | 6/1/10 – 5/31/11 | North 1503 | $2,050 |
| Redacted | 11/1/10 – 10/31/11 | North 1504 | $2,300 |

| Lessee | Term | Unit Number | Monthly Rent |
|---|---|---|---|
| Redacted | 10/1/10 – 9/30/11 | North 1602 | $1,510 |
| Redacted | 6/1/10 – 6/30/11 | North 1603 | $2,075 |
| Redacted | 4/1/10 – 9/30/10 | North 1701 | $2,600 |
| Redacted | 8/1/10 – 8/31/11 | North 1801 | $2,625 |
| Redacted | 6/1/10 – 5/31/11 | North 1803 | $2,125 |
| Redacted | 6/1/10 – 7/30/11 | North 1903 | $2,175 |
| Redacted | 4/1/10 – 4/30/11 | North 1906 | $1,925 |
| Redacted | 4/30/10 – 4/30/11 | North 2001 | $2,675 |
| Redacted | 11/1/10 – 10/31/11 | North 2005 | $2,375 |
| Redacted | 5/1/10 – 4/30/11 | South 301 | $1,300 |
| Redacted | 5/1/10 – 5/31/11 | South 305 | $1,325 |
| Redacted | 6/1/10 – 6/30/11 | South 306 | $1,475 |
| Redacted | 5/1/10 – 5/31/11 | South 309 | $1,436 |
| Redacted | 8/1/10 – 8/31/11 | South 401 | $1,320 |
| Redacted | 5/1/09 – 4/30/10 | South 402 | $1,275 |
| Redacted | 6/1/10 – 6/30/11 | South 405 | $1,350 |
| Redacted | 7/1/10 – 7/31/11 | South 406 | $1,475 |
| Redacted | 4/1/10 – 9/30/10 | South 407 | $1,900 |
| Redacted | 9/1/10 – 9/30/11 | South 501 | $1,340 |
| Redacted | 7/1/10 – 7/31/11 | South 502 | $1,290 |
| Redacted | 7/1/10 – 7/31/11 | South 503 | $1,875 |
| Redacted | 6/1/10 – 6/30/11 | South 505 | $1,375 |
| Redacted | 7/1/10 – 7/31/11 | South 506 | $1,600 |

| Lessee | Term | Unit Number | Monthly Rent |
|---|---|---|---|
| Redacted | 7/1/10 – 7/31/11 | South 507 | $1,875 |
| Redacted | 7/1/10 – 6/30/11 | South 508 | $2,550 |
| Redacted | 6/1/10 – 6/30/10 | South 601 | $1,340 |
| Redacted | 7/1/10 – 7/31/11 | South 602 | $1,310 |
| Redacted | 6/1/10 – 7/1/11 | South 603 | $1,900 |
| Redacted | 9/1/10 – 9/30/11 | South 604 | $1,850 |
| Redacted | 6/1/10 – 6/30/11 | South 605 | $1,400 |
| Redacted | 8/1/10 – 8/31/11 | South 606 | $1,550 |
| Redacted | 4/1/10 – 9/30/10 | South 607 | $2,000 |
| Redacted | 6/1/10 – 6/30/11 | South 608 | $2,575 |
| Redacted | 6/1/10 – 6/30/11 | South 701 | $1,380 |
| Redacted | 6/1/10 – 6/30/11 | South 702 | $1,330 |
| Redacted | 9/1/10 – 8/31/11 | South 704 | $1,850 |
| Redacted | 7/1/10 – 6/30/11 | South 705 | $1,425 |
| Redacted | 8/1/10 – 8/30/11 | South 706 | $1,600 |
| Redacted | 6/31/10 – 6/30/11 | South 707 | $2,125 |
| Redacted | 7/1/10 – 8/1/11 | South 708 | $2,600 |
| Redacted | 7/1/10 – 7/31/11 | South 801 | $1,400 |
| Redacted | 6/1/10 – 6/30/11 | South 802 | $1,350 |
| Redacted | 9/1/10 – 9/30/11 | South 803 | $1,975 |
| Redacted | 9/1/10 – 8/31/11 | South 804 | $1,935 |
| Redacted | 7/1/10 – 7/31/11 | South 805 | $1,450 |
| Redacted | 7/1/10 – 7/31/11 | South 806 | $1,625 |

REINHART\5270851_3BMH:BMH 11/22/10

| Lessee | Term | Unit Number | Monthly Rent |
|---|---|---|---|
| Redacted | 7/1/10 – 7/30/11 | South 807 | $1,950 |
| Redacted | 6/1/10 – 6/30/11 | South 808 | $2,625 |
| Redacted | 7/1/10 – 7/31/11 | South 901 | $1,420 |
| Redacted | 6/1/10 – 6/30/11 | South 902 | $1,370 |
| Redacted | 6/1/10 – 6/30/11 | South 905 | $1,475 |
| Redacted | 6/1/10 – 5/31/11 | South 907 | $1,975 |
| Redacted | 6/1/10 – 6/30/11 | South 908 | $2,650 |
| Redacted | 8/1/10 – 8/31/11 | South 1001 | $1,440 |
| Redacted | 7/1/10 – 7/30/11 | South 1002 | $1,390 |
| Redacted | 11/1/10 – 10/31/11 | South 1005 | $1,500 |
| Redacted | 8/1/10 – 7/30/11 | South 1006 | $1,810 |
| Redacted | 6/1/10 – 6/30/11 | South 1102 | $1,000 |
| Redacted | 7/1/10 – 7/31/11 | South 1106 | $1,675 |
| Redacted | 4/1/10 – 9/30/10 | South 1107 | $3,375 |
| Redacted | 7/1/10 – 7/30/11 | South 1108 | $2,700 |
| Redacted | 8/1/10 – 8/30/11 | South 1201 | $1,480 |
| Redacted | 7/1/10 – 8/31/11 | South 1206 | $1,750 |
| Redacted | 4/1/10 – 9/30/10 | South 1207 | $3,400 |
| Redacted | 7/1/10 – 7/31/11 | South 1302 | $1,450 |
| Redacted | 8/1/10 – 7/30/11 | South 1304 | $2,025 |
| Redacted | 8/1/10 – 8/31/11 | South 1305 | $2,150 |
| Redacted | 8/1/10 – 8/31/11 | South 1306 | $1,725 |
| Redacted | 7/1/10 – 7/31/11 | South 1307 | $3,025 |

REINHART\5270851_3BMH:BMH 11/22/10

| Lessee | Term | Unit Number | Monthly Rent |
|--------|------|-------------|--------------|
| Redacted | 8/1/10 – 7/31/11 | South 1402 | $1,470 |
| Redacted | 7/1/10 – 7/31/11 | South 1405 | $2,175 |
| Redacted | 8/1/10 – 7/30/11 | South 1502 | $1,495 |
| Redacted | 9/1/10 – 8/31/11 | South 1505 | $2,310 |
| Redacted | 6/1/10 – 6/30/11 | South 1506 | $1,775 |
| Redacted | 6/1/10 – 6/30/11 | South 1507 | $3,295 |
| Redacted | 8/1/10 – 7/31/11 | South 1602 | $1,520 |
| Redacted | 6/1/10 – 6/30/11 | South 1604 | $2,100 |
| Redacted | 8/1/10 – 7/31/11 | South 1606 | $1,850 |
| Redacted | 8/1/10 – 7/31/11 | South 1702 | $1,650 |
| Redacted | 9/1/10 – 9/30/11 | South 1703 | $2,160 |
| Redacted | 8/1/10 – 7/31/11 | South 1706 | $1,875 |
| Redacted | 6/1/10 – 6/30/11 | South 1807 | $3,150 |
| Redacted | 8/1/10 – 7/31/11 | South 1905 | $2,275 |
| Redacted | 7/1/10 – 7/31/11 | South 2005 | $2,300 |
| Redacted | 6/1/10 – 6/30/11 | South 2007 | $3,100 |