UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re RENAISSANT LAFAYETTE LLC,

             Chapter 11

     Debtor.     Case No. 09-38166-PP

## DECLARATION OF SERVICE

I hereby certify that on November 29, 2010, I mailed a copy of the following documents to the parties identified on **Exhibit A** attached hereto by first class mail through the United States Postal Service:

- Notice of Amendment to Asset Purchase Agreement (with Amendment to Asset Purchase Agreement attached)

- Notice and Order (I) Establishing Sale Procedures; (II) Approving Form of Asset Purchase Agreement; (III) Scheduling a Sale Hearing in Connection with the Sale of the Debtor's Assets Pursuant to 11 U.S.C. §§ 105(A), 363, and 365; (IV) Setting Certain Dates and Deadlines in Connection Therewith; and (V) Granting Related Relief

            /s/ L. Katie Mason
            L. Katie Mason

# Exhibit A

Addresses

NAME
Amalgamated Bank
c/o Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Sik Kin and Wen Chen Wu
c/o Harold A. Laufer
Kathy L. Nusslock
Davis & Kuelthau, s.c.
111 East Kilbourn Avenue, #1400
Milwaukee, WI 53202

Amalgamated Bank
c/o Peter C. Blain
L. Katie Mason
Reinhart Boerner Van Deuren, s.c.
P.O. Box 2965
Milwaukee, WI 53202-2965

David W. Asbach
Debra Schneider
Office - U.S. Trustee, Region 11
510 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Daniel and Virginia Mathson
c/o Paul A. Lucey
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, #3500
Milwaukee, WI 53202

Sabine Gobeli
c/o Thomas M. Bartell, Jr.
Stupar, Schuster & Cooper, S.C.
633 West Wisconsin Avenue, #1800
Milwaukee, WI 53203

Ebrahin Rassouli & Fereshteh Samadr-Rassouli
c/o Richard H. Porter
Gonzalez Saggio & Harlan LLP
225 East Michigan Avenue, Fourth Floor
Milwaukee, WI 53202

American Millwork & Hardware
c/o Mr. Steve Hogaboom
4505 West Woolworth Avenue
Milwaukee, WI 53218-1414

Lynn Buckley
7051 Horizon Drive
Greendale, WI 53129-2740

Classified Ventures, LLC
d/b/a Apartments.com
2563 Collection Center Drive
Chicago, IL 60693-0001

Dash Enterprises, Inc.
d/b/a BBC Lighting & Supply
2015 West St. Paul Avenue
Milwaukee, WI 53233-2505

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Veolia ES Solid Waste Midwest, LLC
W144 S6350 College Court
Muskego, WI 53150

WE Energies
231 West Michigan Street
Milwaukee, WI 53203-2918

Travelers
C&L Specialty Remittance Center
Hartford, CT 06183-1008

Siegel-Gallagher Management Co.
700 North Water Street, #400
Milwaukee, WI 53202-4206

Sids Sealants, LLC
1104 Niesen Road
Port Washington, WI 53074-1357

Securitas Security Services USA, Inc.
6737 West Washington Street
West Allis, WI 53214-5647

Realty Executives Integrity
412 East Silver Spring Road
Whitefish Bay, WI 53217-5224

Jenny Peretz
1620 Manitowoc Avenue
So. Milwaukee, WI 53172-2910

Pappageorge/Haymes, Ltd.
640 North LaSalle Street, #400
Chicago, IL 60654-3778

Engineered Security Solutions, Inc.
PO Box 710
Brookfield, WI 53008-0710

Ferguson Enterprises, Inc.
2030 South 116th Street
West Allis, WI 53227-1004

For Rent Magazine
75 Remittance Drive, #1705
Chicago, IL 60675-1705

Graybar Electric Company, Inc.
12431 Collection Center Drive
Chicago, IL 60693-0001

LaHaye, David William
d/b/a LaHaye Photography LLC
2967 North 70th Street
Milwaukee, WI 53210-1226

Lippert Tile Co., Inc.
Mawicke & Goisman, S.C.
1509 North Prospect Avenue
Milwaukee, WI 53202-2323

Metro Welding & Fabricating, Inc.
c/o Whyte Hirschboeck Dudek SC
555 East Wells Street
Milwaukee, WI 53202-3819
Attn: Patrick B. Howell

Karyn L. Brzezinski
c/o Gregory E. Erchull
Chernov, Stern & Krings, S.C.
Two Plaza East, Suite 1275
330 East Kilbourn Avenue
Milwaukee, WI 53202

Jon Gnancinski
c/o Gregory E. Erchull
Chernov, Stern & Krings, S.C.
Two Plaza East, Suite 1275
330 East Kilbourn Avenue
Milwaukee, WI 53202

Inara Kruminis
c/o Thomas M. Bartell, Jr.
Stupar, Schuster & Cooper, S.C.
633 West Wisconsin Avenue, #1800
Milwaukee, WI 53203

Katherine Lins
c/o Thomas M. Bartell, Jr.
Stupar, Schuster & Cooper, S.C.
633 West Wisconsin Avenue, #1800
Milwaukee, WI 53203

Milwaukee Plate Glass Co.
11233 West Greenfield Avenue
West Allis, WI 53214

Official Unsecured Creditors Committee
c/o Albert Solochek
324 East Wisconsin Avenue
Milwaukee, WI 53202

Ebrahin Rassouli
10717 North Gazebo Hill
Mequon, WI 53092

Thomas Sansone
c/o Thomas M. Bartell, Jr.
Stupar, Schuster & Cooper, S.C.
633 West Wisconsin Avenue, #1800
Milwaukee, WI 53203

Beatriz Terry
c/o Gregory E. Erchull
Chernov, Stern & Krings, S.C.
Two Plaza East, Suite 1275
330 East Kilbourn Avenue
Milwaukee, WI 53202

Lagina Plumbing, Inc.
Mawicke & Goisman, S.C.
1509 North Prospect Avenue
Milwaukee, WI 53202-2323

Amalgamated Bank
Trustee of Longview Ultra
Construction Loan Inv.
1825 K Street, NW
Washington, DC 20006-1202

Hunzinger Construct Company
21100 Enterprise Avenue
Brookfield, WI 53045-5218

Dept. of Treasury
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Gary Beyer
Beyer Family LLP
775 Sumac Lane
Winnetka, IL 60093

Matthew MacLagan and Jerry Borchardt
2030 North Larrabee
Chicago, IL 60614

Michael and Suzanne Schwerm
4606 North Bartlett
Shorewood, WI 53211

Donald and Susan Halloran
4842 North Woodburn Street
Whitefish Bay, WI 53217-6063

My Dwelling, LLC
316 North Milwaukee Street, Suite 100
Milwaukee, WI 53202

Winter Services, Inc.
6663 North 40th Street
Milwaukee, WI 53209

Justin T. Althof
1918 East Lafayette Place, Apt 402
Milwaukee, WI 53202

Michael Thometz
1918 East Lafayette Place, Unit 1603
Milwaukee, WI 53202

Genevieve Harkness
2036 North Prospect Avenue, Apt. 1206
Milwaukee, WI 53202

Lindsay Smith
2036 North Prospect Avenue, Apt. 702
Milwaukee, WI 53202

Ambrose John Freiman
2036 North Prospect Avenue, Apt. 1504
Milwaukee, WI 53202

Karaline Wiltz
2036 North Prospect Avenue, Apt. 302
Milwaukee, WI 53202

Jessica Helminski & Ryan Russo
2036 North Prospect Avenue, Apt. 307
Milwaukee, WI 53202

Adil Jadoon
2036 North Prospect Avenue, Apt. 403
Milwaukee, WI 53202

Leslie Rife
2036 North Prospect Avenue, Apt. 407
Milwaukee, WI 53202

Jeanne & Robert J. Kollmeyer
2036 North Prospect Avenue, Apt. 504
Milwaukee, WI 53202

Chris Gillmar
2036 North Prospect Avenue, Apt. 507
Milwaukee, WI 53202

Jessica Tague
2036 North Prospect Avenue, Apt. 602
Milwaukee, WI 53202

Jessica Graham & Charles Swain
2036 North Prospect Avenue, Apt. 701
Milwaukee, WI 53202

Archer Daniels Midland Company
2036 North Prospect Avenue, 707-N
Milwaukee, WI 53202

Jake Sonthern
2036 North Prospect Avenue, Apt 805
Milwaukee, WI 53202

Robin Kendrick
2036 North Prospect Avenue, Apt. 901
Milwaukee, WI 53202

Aftab Khoker & Deborah Andreivich
2036 North Prospect Avenue, Apt. 904
Milwaukee, WI 53202

Doris Walker-Dalhouse
2036 North Prospect Avenue, Apt. 1001
Milwaukee, WI 53202

Aaron Stump & Lauren Misamore
2036 North Prospect Avenue, Apt. 1007
Milwaukee, WI 53202

Jennifer Manzi
1918 East Lafayette Place, Apt. 1102
Milwaukee, WI 53202

Abdulrahman Badrah &
Hamssah Badrah
2036 North Prospect Avenue, Apt. 1201
Milwaukee, WI 53202

Jason Tomasello
2036 North Prospect Avenue, 1402N
Milwaukee, WI 53202

Shadid Qamon
2036 North Prospect Avenue, Apt. 1406
Milwaukee, WI 53202

Ambrose John Freiman
2036 North Prospect Avenue, Apt. 1504
Milwaukee, WI 53202

Christian Pleister & Laura Armstrong
2036 North Prospect Avenue, Apt. 1801
Milwaukee, WI 53202

Kathryn M. Okamuro
2036 North Prospect Avenue, Apt. 2001
Milwaukee, WI 53202

Dana Guthrie
1918 East Lafayette Place, Apt. 301
Milwaukee, WI 53202

Derek S. Cirko
1918 East Lafayette Place, Apt. 309
Milwaukee, WI 53202

Sunny Choy
1918 East Lafayette Place, Apt. 405
Milwaukee, WI 53202

Ryan Christie
1918 East Lafayette Place, Apt. 501
Milwaukee, WI 53202

Casey Howard
1918 East Lafayette Place, Apt. 505
Milwaukee, WI 53202

Dan Halles & Alicia Pilarsizi
1918 East Lafayette Place, Apt. 708
Milwaukee, WI 53202

Nick & Wenoy Von Rueden
1918 East Lafayette Place, Apt. 603S
Milwaukee, WI 53202

Terence & Danyelle Sun
1918 East Lafayette Place, Apt. 606
Milwaukee, WI 53202

Brian P. Meuler
1918 East Lafayette Place, Apt. 701
Milwaukee, WI 53202

Benjamin Fee & Cindy Lane
1918 East Lafayette Place, Apt. 705
Milwaukee, WI 53202

Erik Carrier
1918 East Lafayette Place, Apt. 802
Milwaukee, WI 53202

Jason Carver
1918 East Lafayette Place, Apt. 806S
Milwaukee, WI 53202

Erin McDermott & Peter Stanek
1918 East Lafayette Place, Apt. 902
Milwaukee, WI 53202

Amy J. Wagner and Christian A. Avery
1918 East Lafayette Place, Apt. 908
Milwaukee, WI 53202

George Kottaras
1918 East Lafayette Place, Apt. 1005
Milwaukee, WI 53202

Jason S. Pratt
1918 East Lafayette Place, Apt. 1106
Milwaukee, WI 53202

Grace Chikoto
1918 East Lafayette Place, Apt. 1201
Milwaukee, WI 53202

Kelly & Cindy Shaw
1918 East Lafayette Place, Apt. 1304
Milwaukee, WI 53202

Eshraq Al-Jaghbeer
1918 East Lafayette Place, Apt. 1307
Milwaukee, WI 53202

Omar Abdulaal
1918 East Lafayette Place, Apt. 1702
Milwaukee, WI 53202

Charles A. Steinberg
1918 East Lafayette Place, Apt. 1807
Milwaukee, WI 53202

Javad Sajan, Makbul Sajan, Zera Sajan
1918 East Lafayette Place, Apt. 2007
Milwaukee, WI 53202

Bill Scalise & Heath Nunnemacher
1918 East Lafayette Place, Apt. 1506S
Milwaukee, WI 53202

Ryan Butler & Megan Orlopp
1918 East Lafayette Place, Apt. 1604S
Milwaukee, WI 53202

Fiduciary Real Estate Development
789 North Water Street # 200
Milwaukee, WI 53202-3584

Wall-tech, Inc.
7025 Raywood Road
Madison, WI 53713

For Rent Media Solutions
4465 North 124th Street, Suite E
Brookfield, WI 53005

The Bank of Commerce
171 East Irving Park Road
Wood Dale, IL 60191

Wayne F. Whittow
City Treasurer
Box 78776
Milwaukee, WI 53278-0776

Interforum Holdings, Inc. and
Interforum Holdings-Lafayette, LLC
c/o Cornelius P. Brown, Esq.
Cohon Raizes & Regal LLP
208 South LaSalle Street, Suite 1860
Chicago, IL 60604

American TV & Appliance of Madison, Inc.
c/o Peter J. Richter
P.O. Box 2236
25 West Main Street, Suite 300
Madison, WI 53701-2236

Elizabeth K. Miles
Davis & Kuelthau, s.c.
111 East Kilbourn Avenue, #1400
Milwaukee, WI 53202

Matthew Johnson
c/o Perry H. Friesler
The Law Offices of Perry H. Friesler
320 East Buffalo, Suite 611
Milwaukee, WI 53202

PyraMax Bank, FSB
c/o John R. Schreiber
O'Neil, Cannon, Hollman, DeJong, S.C.
111 East Wisconsin Avenue, #1400
Milwaukee, WI 53202-4870

Hunzinger Construction Company
c/o Daniel J. Habeck
Cramer, Multhauf & Hammes, LLP
1601 East Racine Avenue, #200
P.O. Box 558
Waukesha, WI 53187-0558

Milwaukee Plate Glass Co.
c/o John Krawczyk
Krawczyk, Duginski & Rohr, SC
16650 West Bluemound Road, #300
Brookfield, WI 53005

Action Fire & Alarm, Inc.
P.O. Box 1291
Waukesha, WI 53187-1291

Batzner Pest Management, Inc.
16948 West Victor Road
New Berlin, WI 53151-4135

Chicago Title Insurance Co. of WI
20900 Swenson Drive, #900
Waukesha, WI 53186-2069

Coffee Unlimited
1408 South Clinton Avenue
Chicago, IL 60607-5102

David J. Frank Landscape Contracting, Inc.
P.O. Box 88972
Milwaukee, WI 53288-0001

REINHART\5330045LKM:LKM 11/24/10

Wellenstein & Sons, Inc.
Mawicke & Goisman, S.C.
1509 North Prospect Avenue
Milwaukee, WI 53202-2323

Wellenstein & Sons, Inc.
227 Sussex Street
Pewaukee, WI 53072-2520

W.W. Grainger, Inc.
202 North Jackson Street
Milwaukee, WI 53202-5903

Spillman & Wotyla, Inc.
568 Pennsylvania Avenue
Glen Ellyn, IL 60137-4199

Siegel-Gallagher Construction Co.
700 North Water Street, #400
Milwaukee, WI 53202-4206

ShurClean, LLC
3537 South Lane
Franksville, WI 53126-9423

Schneider Excavating, Inc.
20079 West Main Street
Lannon, WI 53046-9741

Pro-Bell Enterprises, Ltd.
765 Westney Road South
Ajax, Ontario CANADA L1S 6W1

Paul Davis Restoration of S.E. WI, Inc.
2000 South Fourth Street
Milwaukee, WI 53204-4020

Packerland Rent-a-Mat, Inc.
PO Box 233
12580 West Rohr Avenue
Butler, WI 53007-1114

FastSigns
5318 North Port Washington Road
Milwaukee, WI 53217-4913

Firestar Interactive, Inc.
211 East Ontario, #700
Chicago, IL 60611-3281

Friebert Finnerty & St. John S.C.
Two Plaza East
330 East Kilbourn Avenue, #1250
Milwaukee, WI 53202-3146

Internal Revenue Service
Attn: Val J. Thomas
545 Zor Shrine Place
Madison, WI 53719-2802

Langer Roofing & Sheet Metal, Inc.
1509 North Prospect Avenue
Milwaukee, WI 53202-2323

Lippert Tile Co., Inc.
N89 W14260 Patrita Drive
Menomonee Falls, WI 53051-2355

Metro Welding & Fabrication, Inc.
W224 S8580 Industrial Avenue
Big Bend, WI 53103-9769

American TV & Appliance of Madison Inc.
W229 N1400 Westwood Drive
Waukesha, WI 53187

Edy Guerra
c/o Gregory E. Erchull
Chernov, Stern & Krings, S.C.
Two Plaza East, Suite 1275
330 East Kilbourn Avenue
Milwaukee, WI 53202

Erik Krumins
c/o Thomas M. Bartell, Jr.
Stupar, Schuster & Cooper, S.C.
633 West Wisconsin Avenue, #1800
Milwaukee, WI 53203

Joseph Manone
c/o Thomas M. Bartell, Jr.
Stupar, Schuster & Cooper, S.C.
633 West Wisconsin Avenue, #1800
Milwaukee, WI 53203

Ali Nilchian
c/o Gregory E. Erchull
Chernov, Stern & Krings, S.C.
Two Plaza East, Suite 1275
330 East Kilbourn Avenue
Milwaukee, WI 53202

Thomas and Sharon Poberezny
c/o Paul A. Lucey
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, #3500
Milwaukee, WI 53202

Renaissant Lafayette LLC
2215 South York Rod
Suite 302
Oak Brook, IL 60523

Ralf Schoenfelder
c/o Thomas M. Bartell, Jr.
Stupar, Schuster & Cooper, S.C.
633 West Wisconsin Avenue, #1800
Milwaukee, WI 53203

Total Mechanical, Inc.
c/o John R. Schreiber
O'Neil, Cannon, Hollman, DeJong, S.C.
111 East Wisconsin Avenue, #1400
Milwaukee, WI 53202-4870

Graef-USA, Inc.
125 South 84th Street
#401
Milwaukee, WI 53214

American TV & Appliance of Madison, Inc.
2404 West Beltline Hwy
Madison, WI 53713-2346

Lagina Plumbing, Inc.
3618 West Pierce Street
Milwaukee, WI 53215-1055

William D. Harkins/Mary Ellen Harkins
3 Old Fort Lane
Hilton Head, SC 29926

David Donoian
5307 North Bay Ridge
Whitefish Bay, WI 53217

Susan J. Hansen
12014 Baneberry Drive, #26
Roscoe, IL 61073

James A. Wellhausen
1313 North Franklin Place, Unit 902
Milwaukee, WI 53202

John T. Stewart
JLS Holdings LLC
130 South Water Street, #417
Milwaukee, WI 53204

Mahler Clean
600 North Broadway
Milwaukee, WI 53202

Bruce Company
520 S 92nd Street
Milwaukee, WI 53208

Wael Heshawl, Ibrahim Hesnawi
1918 East Lafayette Place, Unit 707
Milwaukee, WI 53202

Adnan Zanid & Farah Hamdard
1918 East Lafayette Place, Apt 1703
Milwaukee, WI 53202

REINHART\5330045LKM:LKM 11/24/10

Jessica Helininski
2036 North Prospect Avenue, Apt 0305
Milwaukee, WI 53202

Simbarashe Musuka &
Rangarirai Chinongoza
2036 North Prospect Avenue, Apt. 1303
Milwaukee, WI 53202

Elaine Cordoso
2036 North Prospect Avenue, 907-N
Milwaukee, WI 53202

Brian Hivick & Ross Obersuhlake
2036 North Prospect Avenue, Apt. 304
Milwaukee, WI 53202

Roman D. Reynebeau &
Katlynn Lenzner
2036 North Prospect Avenue, Apt. 401
Milwaukee, WI 53202

Raven Sandifer
2036 North Prospect Avenue Apt. 405
Milwaukee, WI 53202

Ken Zolltheis & Amanda Magtanong
2036 North Prospect Avenue, Apt. 501
Milwaukee, WI 53202

Michael Holzemer
2036 North Prospect Avenue, Apt. 502
Milwaukee, WI 53202

Jake Sonthern
2036 North Prospect Avenue, Apt. 805
Milwaukee, WI 53202

LeAnne Little
2036 North Prospect Avenue, Apt. 605
Milwaukee, WI 53202

Jamie A. Longlais
2036 North Prospect Avenue, Apt. 705
Milwaukee, WI 53202

Ruthamae Davis & Vernisha Taylor
2036 North Prospect Avenue, Apt. 801
Milwaukee, WI 53202

Lindsay Friedman
2036 North Prospect Avenue, Apt. 806
Milwaukee, WI 53202

Katie DuBois
2036 North Prospect Avenue, Apt. 902
Milwaukee, WI 53202

Bryan Sack & Melissa Zucker
2036 North Prospect Avenue, Apt. 906
Milwaukee, WI 53202

Danielle Pelsue
2036 North Prospect Avenue, Apt. 1002
Milwaukee, WI 53202

Alvaro Mejia
2036 North Prospect Avenue, Apt. 1008
Milwaukee, WI 53202

Kathleen M. Beaver
2036 North Prospect Avenue, Apt. 1106
Milwaukee, WI 53202

Surbhi Kalgaonkar
2036 North Prospect Avenue, Apt. 1205
Milwaukee, WI 53202

Jake Deplow
2036 North Prospect Avenue, Apt. 1403
Milwaukee, WI 53202

Hayak Arshakian
2036 North Prospect Avenue, 1502-H
Milwaukee, WI 53202

Christine Wynveen
2036 North Prospect Avenue, Apt. 1603
Milwaukee, WI 53202

Andrew Benidge & Bernadine Espiritu
2036 North Prospect Avenue, Apt. 1903
Milwaukee, WI 53202

Tahwa Ting
2036 North Prospect Avenue, Apt. 2005
Milwaukee, WI 53202

Jeanne M. Simmons
1918 East Lafayette Place, Apt. 305
Milwaukee, WI 53202

Amy MacAray
1918 East Lafayette Place 401
Milwaukee, WI 53202

Clarissa Mankus
1918 East Lafayette Place, Apt. 406
Milwaukee, WI 53202

Julie Willi
1918 East Lafayette Place, Apt. 502
Milwaukee, WI 53202

Donald & Tanya Garbett
1918 East Lafayette Place, Apt. 506
Milwaukee, WI 53202

Michael Bare
1918 East Lafayette Place, Apt. 601
Milwaukee, WI 53202

Farah Nosheen
1918 East Lafayette Place, Apt. 604
Milwaukee, WI 53202

Carlos Gomez & Gerandy Cerda
1918 East Lafayette Place, Apt. 607
Milwaukee, WI 53202

Peter Redaelli
1918 East Lafayette Place, Apt. 702
Milwaukee, WI 53202

John Sawtell
1918 East Lafayette Place, Apt. 1006
Milwaukee, WI 53202

Robert Fish
1918 East Lafayette Place, Apt. 803
Milwaukee, WI 53202

Jordan Deschamps-Braly
1918 East Lafayette Place, Apt. 808
Milwaukee, WI 53202

Jacob Berger
2036 North Prospect Avenue, Apt. 905S
Milwaukee, WI 53202

Michael Bradburn &
Gretchen Nofsinger
1918 East Lafayette Place, Apt. 1001S
Milwaukee, WI 53202

Kenny Cavter, Jr. & Dornechia George
1918 East Lafayette Place, Apt. 1405
Milwaukee, WI 53202

Jim Edmonds
1918 East Lafayette Place, Apt. 1107
Milwaukee, WI 53202

Edward Hashek & John Jors
1918 East Lafayette Place, Apt. 1206
Milwaukee, WI 53202

Frederick & Krystine Brengel
1918 East Lafayette Place, Apt. 1305
Milwaukee, WI 53202

Dane Whicker
1918 East Lafayette Place, Apt. 1402
Milwaukee, WI 53202

Adnan Zahid & Farah Hamdard
1918 East Lafayette Place, Apt. 1703
Milwaukee, WI 53202

Kiran Turaga & Gargi Bhagavatula
1918 East Lafayette Place, Apt. 1905
Milwaukee, WI 53202

Erin Mahoney
1918 East Lafayette Place, Apt. 1502
Milwaukee, WI 53202

Mary & Eric Smith
1918 East Lafayette Place, Apt. 1507
Milwaukee, WI 53202

Mallery Properties
c/o Tom DeMuth
Mallery & Zimmerman SC
731 N Jackson St Ste 900
Milwaukee, WI 53202-4613

CWS Source, Inc.
12600 Robin Lane
Brookfield, WI 53005

Fieldstone Glass
N56 W39325 Wisconsin Avenue
Oconomowoc, WI 53066

Capitol Infrastructure, LLC
A North Carolina Limited Liability
Company
111 Corning Road, Suite 250
Cary, NC 27518

Lighthouse Development
2140 North Prospect Avenue
Milwaukee, WI 53202

FedEx Kinko's
PO Box 262682
Plano, TX 75026

Steven W. Laabs
Davis & Kuelthau, s.c.
111 East Kilbourn Avenue, #1400
Milwaukee, WI 53202

Amalgamated Bank, as Trustee of
c/o L. Katie Mason
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202-3186

Roman Electric Co., Inc.
c/o Scott B. Fleming
Weiss Berzowski Brady LLP
700 North Water Street, Suite 1400
Milwaukee, WI 53202

Graef-USA, Inc.
c/o Edward A. Hannan
Hannan & Associates, LLC
13400 Bishops Lane, #275
Brookfield, WI 53005

Howard, Solochek & Weber, S.C.
c/o Albert Solocheck
324 East Wisconsin Avenue, #1100
Milwaukee, WI 53202-4309

Thad W. Jelinske
J. Nels Bjorkquist
Mawicke & Goisman, s.c.
1509 North Prospect Avenue
Milwaukee, WI 53202

American Millwork & Hardware
4505 West Woolworth Avenue
Milwaukee, WI 53218-1414

Best Erectors, Inc.
Mawicke & Goisman, S.C.
1509 North Prospect Avenue
Milwaukee, WI 53202-2323

City of Milwaukee – Milwaukee Water
Works
841 North Broadway, Room 406
Milwaukee, WI 53202-3613

Connexion Technologies
111 Corning Road, #250
Cary, NC 27518-9238

Davis & Hosfield Consulting, LLC
20 North Wacker Drive, #2150
Chicago, IL 60606

Zeppos & Associates, Inc.
400 East Mason Street, Suite 200
Milwaukee, WI 53202-3703

Waukesha Air & Vapor Barrier, Inc.
2307 Badger Drive
Waukesha, WI 53188-5932

United Plumbing & Heating Supply
Company
P.O. Box 250850
Milwaukee, WI 53225-6514

Siegel-Gallagher Management Co.
c/o Lauren A. Triebenbach
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, #700
Milwaukee, WI 53202-4470

Siegel-Gallagher Construction Co.
c/o Lauren A. Triebenbach
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, #700
Milwaukee, WI 53202-4470

Securitas Security Services USA, Inc.
Attn: Jaime Bergara, Credit Mgr.
4330 Park Terrace Drive
Westlake Village, CA 91361-4630

Rohlfing & Oberholtzer
211 West Wacker Drive, #1200
Chicago, IL 60606-1379

Primecast
3800 Park Central Blvd.
N. Pompano Beach, FL 33064-2264

Park Lafayette Condominium Assoc.
Attn: John D. Finerty, Agent
Two Plaza East - #1250
330 East Kilbourn Avenue
Milwaukee, WI 53202-3170

Otis Elevator Company
6070 North Flint Road
Milwaukee, WI 53209-3714

FedEx Kinko's
PO Box 672085
Dallas, TX 75267-2085

First Insurance Funding Corp.
450 Skokie Blvd., #1000
P.O. Box 3306
Northbrook, IL 60065

Gordon & Rappold, LLC
20 South Clark Street, #2600
Chicago, IL 60603-1813

Kinateder Masonry Inc.
2307 Badger Drive
Waukesha, WI 53188-5932

Langer Roofing & Sheet Metal, Inc.
345 South Curtis Road
Milwaukee, WI 53214-1069

REINHART\5330045LKM:LKM 11/24/10

Lippert Tile Co., Inc.
c/o Mr. Les Lippert
N89 W14260 Patrita Drive
Menomonee Falls, WI 53051-2355

Nassco, Inc.
5365 South Moorland Road
New Berlin, WI 53151-7925

Karyn L. Brzezinski
3150 South 98th Street
Milwaukee, WI 53227

Matthew Johnson
224 East Lloyd, #2
Milwaukee, WI 53212

Claudio Lins
c/o Thomas M. Bartell, Jr.
Stupar, Schuster & Cooper, S.C.
633 West Wisconsin Avenue, #1800
Milwaukee, WI 53203

Sharon Manone
c/o Thomas M. Bartell, Jr.
Stupar, Schuster & Cooper, S.C.
633 West Wisconsin Avenue, #1800
Milwaukee, WI 53203

Roxana Nilchian
c/o Gregory E. Erchull
Chernov, Stern & Krings, S.C.
Two Plaza East, Suite 1275
330 East Kilbourn Avenue
Milwaukee, WI 53202

John Pocernich
c/o Gregory E. Erchull
Chernov, Stern & Krings, S.C.
Two Plaza East, Suite 1275
330 East Kilbourn Avenue
Milwaukee, WI 53202

Roman Electric Co., Inc.
640 South 70th Street
Milwaukee, WI 53214

Matthew Sullivan
c/o Gregory E. Erchull
Chernov, Stern & Krings, S.C.
Two Plaza East, Suite 1275
330 East Kilbourn Avenue
Milwaukee, WI 53202

David Wells
c/o Gregory E. Erchull
Chernov, Stern & Krings, S.C.
Two Plaza East, Suite 1275
330 East Kilbourn Avenue
Milwaukee, WI 53202

Total Mechanical, Inc.
W234 N2830 Paul Road
Pewaukee, WI 53072

Ebrahin Rassouli
c/o Richard H. Porter
Gonzalez Saggio & Harlan LLP
225 East Michigan Avenue, 4th Floor
Milwaukee, WI 53202

Lagina Plumbing, Inc.
c/o Mr. James Lagina
3618 West Pierce Street
Milwaukee, WI 53215-1055

Vassilios Lazaridis
6206 North Kedvale
Chicago, IL 60646

Mark and Laura Hochmuth
2602 North Lefeber Avenue
Wauwatosa, WI 53213

Donald and Mary Hood
2037 Cobblestone Court
Waukesha, WI 53188

Jon and Annette Gnacinski
1021 Cavalier Drive
Waukesha, WI 53186

Russell L. Burmeister
130 South Water Street
Unit 400
Milwaukee, WI 53204

Central I Security
12585 West Custer Avenue
Butler, WI 53007

Bruce Company
2830 Parmenter Street
Middleton, WI 53562

John Sawtell
1918 East Lafayette Place, Unit 1006
Milwaukee, WI 53202

Chris Nyenhuis
2036 North Prospect Avenue, Apt. 1005
Milwaukee, WI 53202

Oma Abdulaal
1918 East Lafayette Place, Apt. 1303
Milwaukee, WI 53202

Tahwa Ting
2036 North Prospect Avenue, Apt. 2005
Milwaukee, WI 53202

Abhijeet Premkumar
2036 North Prospect Avenue, Apt. 301
Milwaukee, WI 53202

Mike Anderson
2036 North Prospect Avenue, Apt. 305
Milwaukee, WI 53202

Matthew Nelson and Elizabeth Swedish
2036 North Prospect Avenue, Apt. 402
Milwaukee, WI 53202

Reid Stubbs & Kate Holman
2036 North Prospect Avenue, Apt. 406
Milwaukee, WI 53202

Michael Holzemer
2036 North Prospect Avenue, Apt. 502
Milwaukee, WI 53202

Steven Minessale
2036 North Prospect Avenue, Apt. 506
Milwaukee, WI 53202

Ericka Napp
2036 North Prospect Avenue, Apt. 601
Milwaukee, WI 53202

Richard & Laura Beddingfield
2036 North Prospect Avenue, Apt. 607
Milwaukee, WI 53202

Laura Luedtke
2036 North Prospect Avenue, Apt. 706
Milwaukee, WI 53202

Ben Armbrust
2036 North Prospect Avenue, Apt 802
Milwaukee, WI 53202

Stephen Schooff
2036 North Prospect Avenue, Apt. 807
Milwaukee, WI 53202

Eric Dodge
2036 North Prospect Avenue, Apt. 1306
Milwaukee, WI 53202

David Kaplan & Dawn Erb
2036 North Prospect Avenue, 908N
Milwaukee, WI 53202

Stewart Lee Clocr II
2036 North Prospect Avenue, Apt. 1006
Milwaukee, WI 53202

Ryan Sheets & Joanna Humphrey
2036 North Prospect Avenue, Apt. 1101
Milwaukee, WI 53202

Wade Weissmann & Michael McBride
2036 North Prospect Avenue, Apt. 1107
Milwaukee, WI 53202

Kathryn Fitzpatrick
2036 North Prospect Avenue, Apt. 1803
Milwaukee, WI 53202

Robert & Debra L. Nartonis
2036 North Prospect Avenue, Apt. 1404
Milwaukee, WI 53202

Stefano Noeentini
2036 North Prospect Avenue, Apt. 1503
Milwaukee, WI 53202

David & Carrie Bush
2036 North Prospect Avenue, 1701
Milwaukee, WI 53202

Kaye Miller
2036 North Prospect Avenue, Apt. 1906
Milwaukee, WI 53202

Katherine & Christopher Heath
1918 East Lafayette Place, Apt. 508
Milwaukee, WI 53202

Dinkh Goris
1918 East Lafayette, Apt. 306
Milwaukee, WI 53202

Justin T. Althof
1918 East Lafayette Place, Apt. 402
Milwaukee, WI 53202

Willie Randolph
1918 East Lafayette Place, Apt. 407
Milwaukee, WI 53202

Christopher J. Raychel
1918 East Lafayette Place, Apt. 503
Milwaukee, WI 53202

Peter & Stacy Karth
1918 East Lafayette Place, Apt. 507
Milwaukee, WI 53202

Elizabeth A. Rullo & Travis R. Mueller
1918 East Lafayette Place, Apt. 602
Milwaukee, WI 53202

Dan Katelslager
1918 East Lafayette Place, Apt. 605
Milwaukee, WI 53202

Robert & Cheryl Fluhr
1918 East Lafayette Place, 608 South
Milwaukee, WI 53202

Lauren Wiebe
1918 East Lafayette Place, Apt. 704
Milwaukee, WI 53202

Shihhen Wang
1918 East Lafayette Place, Apt. 801
Milwaukee, WI 53202

Haris Vikis
1918 East Lafayette Place, Apt. 804S
Milwaukee, WI 53202

Luciana P. Cancado
1918 East Lafayette Place, Apt. 901
Milwaukee, WI 53202

Franco Invernizzi
1918 East Lafayette Place, Apt. 907
Milwaukee, WI 53202

Dr. Cristin Subramaniam
1918 East Lafayette Place, Apt. 1002
Milwaukee, WI 53202

Mary & Erik Smith
1918 East Lafayette Place, Apt. 1102
Milwaukee, WI 53202

James Hummert
1918 East Lafayette Place, Apt. 1108
Milwaukee, WI 53202

Prince Fielder
1918 East Lafayette Place, Apt. 1207
Milwaukee, WI 53202

Sami Obaid
1918 East Lafayette Place, Apt. 1306
Milwaukee, WI 53202

Jeffrey Dujmovic
1918 East Lafayette Place, Apt. 1606
Milwaukee, WI 53202

Fhsan Saleki & Nazanin Tabesh-Saleki
1918 East Lafayette Place, Apt. 1706
Milwaukee, WI 53202

Marc Craig & Murtaza Sayyed
1918 East Lafayette Place, Apt. 2005
Milwaukee, WI 53202

Mitul Patel and Jalpa Patel
1918 East Lafayette Place, Apt. 1505
Milwaukee, WI 53202

Thomas & Sara Haulk
1918 East Lafayette Place, Apt. 1602
Milwaukee, WI 53202

Mandel Group
c/o Michael Polsky
Beck, Chaet, Bamberger & Polsky SC
330 E Kilbourn Ave # 1085
Milwaukee, WI 53202-3146

United States Fire Protection Wisconsin, Inc.
2936 South 166th Street
New Berlin, WI 53151

Hess Sweitzer, Inc.
2805 South 160th Street
New Berlin, WI 53151

M.A.P. Enterprises Corp.
c/o John T. Clark, Esq.
Miller, McGinn & Clark
788 North Jefferson Street
Milwaukee, WI 53202

JPMorgan Chase, N.A.
10420 Highland Manor Drive
2nd Floor FL3-2213
Tampa, FL 33620-9128

Veolia ES Solid Waste Midwest, LLC
6350 South College Ct.
Muskego, WI 53150-2756

Graef USA, Inc.
c/o Edward A. Hannan
Hannan & Associates, LLC
13400 Bishops Lane, Ste. 275
Brookfield, WI 53005

REINHART\5330045LKM:LKM 11/24/10